FILED
JAMES J. VILT, JR. - CLERK
APR - 2 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**AHYENDAY THORNTON**

INDICTMENT

NO. 3:25CR66CHB

18 U.S.C. § 1344
18 U.S.C. § 982(a)(2)(A)

The Grand Jury charges:

### COUNT 1
*(Bank Fraud)*

On or about April 29, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, defendant **AHYENDAY THORNTON** knowingly executed and attempted to execute a scheme and artifice to defraud Park Community Credit Union, a financial institution, and to obtain money, funds, credits and assets owned by and under the custody and control of Park Community Credit Union, by means of false and fraudulent pretenses, representations and promises, to wit: **AHYENDAY THORNTON** applied for and received a loan to purchase a 2014 Mercedes Benz, and in her application she provided a false social security number and claimed false employment and income, provided a fraudulent pay stub, and subsequently defaulted on the loan after making only one payment.

In violation of Title 18, United States Code, Section 1344.

The Grand Jury further charges:

## COUNT 2
*(Bank Fraud)*

On or about and between April 30, 2021 and May 3, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, defendant **AHYENDAY THORNTON** knowingly executed and attempted to execute a scheme and artifice to defraud Commonwealth Credit Union, a financial institution, and to obtain money, funds, credits and assets owned by and under the custody and control of Commonwealth Credit Union, by means of false and fraudulent pretenses, representations and promises, to wit: **AHYENDAY THORNTON** applied for and received a loan to purchase a 2016 Cadillac Escalade, and in her application she provided a false social security number and claimed false employment and income, provided a fraudulent pay stub, and subsequently defaulted on the loan after making only one partial payment.

In violation of Title 18, United States Code, Section 1344.

The Grand Jury further charges:

## COUNT 3
*(Bank Fraud)*

On or about and between February 9, 2023 and February 10, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, defendant **AHYENDAY THORNTON** knowingly executed and attempted to execute a scheme and artifice to defraud Central Bank & Trust, a financial institution, and to obtain money, funds, credits and assets owned by and under the custody and control of Central Bank & Trust, by means of false and fraudulent pretenses, representations and promises, to wit: **AHYENDAY THORNTON** applied for and received a loan to purchase a 2023 Porsche Macan, and in her application she provided a false social security number and

claimed false employment and income, provided a fraudulent W-2, and subsequently defaulted on the loan without making any payments.

In violation of Title 18, United States Code, Section 1344.

The Grand Jury further charges:

## COUNT 4
*(Attempted Bank Fraud)*

On or about and between February 14, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, defendant **AHYENDAY THORNTON** knowingly attempted to execute a scheme and artifice to defraud Abound Federal Credit Union, a financial institution, and to obtain money, funds, credits and assets owned by and under the custody and control of Abound Federal Credit Union, by means of false and fraudulent pretenses, representations and promises, to wit: **AHYENDAY THORNTON** applied for a loan to purchase a 2023 Mercedes Benz E Class, and in her application she claimed false employment and income.

In violation of Title 18, United States Code, Section 1344.

The Grand Jury further charges:

## COUNT 5
*(Attempted Bank Fraud)*

On or about and between February 21, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, defendant **AHYENDAY THORNTON** knowingly attempted to execute a scheme and artifice to defraud Republic Bank, a financial institution, and to obtain money, funds, credits and assets owned by and under the custody and control of Republic Bank, by means of false and fraudulent pretenses, representations and promises, to wit: **AHYENDAY THORNTON**

applied for a loan to purchase a 2023 Mercedes Benz E Class, and in her application she provided a false social security number.

In violation of Title 18, United States Code, Section 1344.

The Grand Jury further charges:

## COUNT 6
*(Bank Fraud)*

On or about and between February 21, 2023 and February 23, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, defendant **AHYENDAY THORNTON** knowingly executed and attempted to execute a scheme and artifice to defraud Limestone Bank, a financial institution, and to obtain money, funds, credits and assets owned by and under the custody and control of Limestone Bank, by means of false and fraudulent pretenses, representations and promises, to wit: **AHYENDAY THORNTON** applied for and received a loan to purchase a 2019 BMW Series 5, and in her application she provided a false social security number and claimed false employment and income, and claimed that she was not the co-maker or endorser on a note even though she obtained the Central Bank & Trust loan listed in Count 3 less than two weeks before, and subsequently defaulted on the loan without making any payments.

In violation of Title 18, United States Code, Section 1344.

The Grand Jury further charges:

## COUNT 7
*(Attempted Bank Fraud)*

On or about and between March 1, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, defendant **AHYENDAY THORNTON** knowingly attempted to execute a

scheme and artifice to defraud Central Bank & Trust, a financial institution, and to obtain money, funds, credits and assets owned by and under the custody and control of Central Bank & Trust, by means of false and fraudulent pretenses, representations and promises, to wit: **AHYENDAY THORNTON** applied for a loan to purchase a 2022 Dodge Charger, and in her application she provided a false social security number and claimed false employment and income.

In violation of Title 18, United States Code, Section 1344.

## NOTICE OF FORFEITURE

As a result of committing violations of Title 18, United States Code, Section 1344, as alleged in this Indictment, the defendant shall forfeit to the United States any and all property, real and personal, that constitutes or is derived, directly and indirectly, from proceeds obtained as a result of these offenses, pursuant to Title 18, United States Code, Section 982(a)(2)(A).

A TRUE BILL.

[Redacted]

*[signature]*

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:DW:04/01/25

UNITED STATES OF AMERICA v. AHYENDAY THORNTON

## PENALTIES

Counts 1-7: NM 30 yrs./$1,000,000/both/NM 5 yrs. Supervised Release
FORFEITURE

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

#### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

#### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

#### Failure to pay fine as ordered may subject you to the following:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:        Clerk, U.S. District Court
                   106 Gene Snyder U.S. Courthouse
                   601 West Broadway
                   Louisville, KY  40202
                   502/625-3500

BOWLING GREEN:     Clerk, U.S. District Court
                   120 Federal Building
                   241 East Main Street
                   Bowling Green, KY  42101
                   270/393-2500

OWENSBORO:         Clerk, U.S. District Court
                   126 Federal Building
                   423 Frederica
                   Owensboro, KY  42301
                   270/689-4400

PADUCAH:           Clerk, U.S. District Court
                   127 Federal Building
                   501 Broadway
                   Paducah, KY  42001
                   270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.